UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

---

3640 Valley Road, Suite 2-A
PO Box 230
Liberty Corner, New Jersey 07938-0230
Tel: (908) 350-7505
Email: klucid@karinalucidlaw.com
Karina Pia Lucid, Esq.
Counsel for the Debtor, Kamaria J

In Re:

Kamaria Jessop

**Order Filed on September 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     19-18103

Chapter:          13

Judge:           VFP

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 13, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____6/24/19_____ :

Property:     266 1/2 Garside Street, Newark, NJ 07104

Creditor:     Home Point Financial

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____12/6/2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-18103-VFP
Kamaria Jessop                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1             Date Rcvd: Sep 13, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2019.
db              +Kamaria Jessop,    3086 Avenue W,    Brooklyn, NY 11229-5508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Home Point Financial Corporation
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Karina Pia Lucid    on behalf of Debtor Kamaria  Jessop klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5