UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Lease Trust

In Re:
    Kamaria Jessop,

Debtor.



Order Filed on November 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-18103 VFP

Adv. No.:

Hearing Date: 10/17/19 @ 10:00 a.m..

Judge: Vincent F. Papalia

# ORDER VACATING STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 25, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Kamaria Jessop
Case No:  19-18103 VFP
Caption of Order:  ORDER VACATING STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 2016 Toyota RAV4, VIN: JTMDFREVXGJ072174, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Karina Pia Lucid, Esquire, attorney for Debtors, and for good cause having been shown

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to a 2016 Toyota RAV4, VIN: JTMDFREVXGJ072174 is hereby vacated; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.