Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18103−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kamaria Jessop
    3086 Avenue W
    Brooklyn, NY 11229

Social Security No.:
    xxx−xx−3347

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/20 at 10:00 AM

to consider and act upon the following:

*52* − Application for Extension of Loss Mitigation Period. Filed by Karina Pia Lucid on behalf of Kamaria Jessop. Objection deadline is 1/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Lucid, Karina)

*55* − Objection to Application to Extend Loss Mitigation Period (related document:52 Application for Extension of Loss Mitigation Period. Filed by Karina Pia Lucid on behalf of Kamaria Jessop. Objection deadline is 1/30/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Kamaria Jessop) filed by Lauren Moyer on behalf of Home Point Financial Corporation. (Attachments: # 1 Certificate of Service) (Moyer, Lauren)

Dated: 1/29/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court