Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19–18103–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kamaria Jessop
3086 Avenue W
Brooklyn, NY 11229

Social Security No.:
xxx–xx–3347

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 13, 2019.

On 1/23/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                       March 5, 2020
Time:                        08:30 AM
Location:                  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark,
NJ 07102

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
of a secure claim, such holders acceptance or rejection of the Plan before modification will
be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 27, 2020
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-18103-VFP
Kamaria Jessop                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin          Page 1 of 2          Date Rcvd: Jan 27, 2020
                           Form ID: 185          Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2020.
db          +Kamaria Jessop,   3086 Avenue W,   Brooklyn, NY 11229-5508
cr          +Home Point Financial Corporation,   D. Anthony Sottile,
             Authorized Agent for Home Point Financia,   394 Wards Corner Road,   Ste. 180,
             Loveland, OH 45140-8362
518331665   +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
518196200   +Comenitycb/myplacerwds,   Po Box 182120,   Columbus, OH 43218-2120
518293452    ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
518196201   +Home Point Financial C,   4849 Greenville Avenue,   Dallas, TX 75206-4191
518239462   +Home Point Financial Corporation,   c/o D. Anthony Sottile, Authorized Agent,
             394 Wards Corner Road, Suite 180,   Loveland, OH 45140-8362
518310852   +Home Point Financial Corporation,   11511 Luna Road, Suite 300,   Farmers Branch, TX 75234-6451
518196202   +Knuckles, Komosinksi & Elliott, LLP,   50 Tice Blvd,   Woodcliff Lake, NJ 07677-7681
518196204   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Motor Credit,   4 Gatehall Dr,   Parsippany, NJ 07054)
518196203   +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
518289128   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
518284551    UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
             MADISON, WI 53708-8973
518196205   +Us Dept Of Ed/glelsi,   2401 International Lane,   Madison, WI 53704-3121
518196206   +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 28 2020 00:26:07     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 28 2020 00:26:05     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 28 2020 00:20:33
             Capital One Auto Finance, a division of Capital On,   AIS Portfolio Services, LP,
             4515 N Santa Fe Ave. Dept. APS,   Oklahoma City,, OK 73118-7901
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 00:21:18
             Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518206502   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 28 2020 00:21:40
             Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
             4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518212832   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2020 00:33:38
             Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518196199   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 28 2020 00:25:44     Comenitybank/victoria,
             Po Box 182789,   Columbus, OH 43218-2789
518223402    E-mail/PDF: resurgentbknotifications@resurgent.com Jan 28 2020 00:21:53     LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518212151    E-mail/Text: bnc-quantum@quantum3group.com Jan 28 2020 00:25:58
             Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
518314145    E-mail/Text: bnc-quantum@quantum3group.com Jan 28 2020 00:25:58
             Quantum3 Group LLC as agent for,   Bluestem and SCUSA,   PO Box 788,
             Kirkland, WA  98083-0788
518314163    E-mail/Text: bnc-quantum@quantum3group.com Jan 28 2020 00:25:58
             Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
             Kirkland, WA  98083-0788
518224666   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 28 2020 00:33:48     T Mobile/T-Mobile USA Inc,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518196207   +E-mail/Text: bnc-bluestem@quantum3group.com Jan 28 2020 00:26:45     Webbank/fingerhut,
             6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                           TOTAL: 13


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin            Page 2 of 2            Date Rcvd: Jan 27, 2020
                              Form ID: 185            Total Noticed: 28
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2020 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor   Home Point Financial Corporation
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karina Pia Lucid   on behalf of Debtor Kamaria  Jessop klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6
```