Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−18103−VFP
        Chapter: 13
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kamaria Jessop
   3086 Avenue W
   Brooklyn, NY 11229

Social Security No.:
   xxx−xx−3347

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 13, 2019.

    On 2/28/2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                April 2, 2020
Time:               08:30 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 3, 2020
JAN: smz

                                            Jeanne Naughton
                                            Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-18103-VFP
Kamaria Jessop                                                      Chapter 13
        Debtor               CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2       Date Rcvd: Mar 03, 2020
                              Form ID: 185             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2020.
db             +Kamaria Jessop,    3086 Avenue W,    Brooklyn, NY 11229-5508
cr             +Home Point Financial Corporation,    D. Anthony Sottile,
                 Authorized Agent for Home Point Financia,    394 Wards Corner Road,    Ste. 180,
                 Loveland, OH 45140-8362
518331665      +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518196200      +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
518293452       ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
518196201      +Home Point Financial C,    4849 Greenville Avenue,    Dallas, TX 75206-4191
518239462      +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                 394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
518310852      +Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234-6451
518196202     #+Knuckles, Komosinksi & Elliott, LLP,    50 Tice Blvd,    Woodcliff Lake, NJ 07677-7681
518196204     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit,    4 Gatehall Dr,    Parsippany, NJ 07054)
518196203      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
518289128      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518284551       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
518196205      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
518196206      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 00:20:15     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 00:20:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2020 00:21:53
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 00:23:02
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
518206502      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 04 2020 00:23:09
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518212832      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:22:39
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518196199      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 04 2020 00:19:59      Comenitybank/victoria,
                 Po Box 182789,    Columbus, OH 43218-2789
518223402       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 00:22:00      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518212151       E-mail/Text: bnc-quantum@quantum3group.com Mar 04 2020 00:20:05
                 Quantum3 Group LLC as agent for,    GPCC I LLC,   PO Box 788,    Kirkland, WA 98083-0788
518314145       E-mail/Text: bnc-quantum@quantum3group.com Mar 04 2020 00:20:05
                 Quantum3 Group LLC as agent for,    Bluestem and SCUSA,    PO Box 788,
                 Kirkland, WA 98083-0788
518314163       E-mail/Text: bnc-quantum@quantum3group.com Mar 04 2020 00:20:05
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
518224666      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 00:23:22      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518196207      +E-mail/Text: bnc-bluestem@quantum3group.com Mar 04 2020 00:20:52      Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 03, 2020
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2020                                      Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2020 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   Home Point Financial Corporation
           NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karina Pia Lucid    on behalf of Debtor Kamaria   Jessop klucid@karinalucidlaw.com,
           R43327@notify.bestcase.com;admin@karinalucidlaw.com
          Lauren  Moyer    on behalf of Creditor   Home Point Financial Corporation lmoyer@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7
```