Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 19−18103−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kamaria Jessop
   3086 Avenue W
   Brooklyn, NY 11229

Social Security No.:
   xxx−xx−3347

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/22/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 22, 2020
JAN: mcp

                                                                                     Jeanne Naughton
                                                                                     Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 19-18103-VFP
Kamaria Jessop                                                      Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Jul 22, 2020
                               Form ID: 148                 Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db             +Kamaria Jessop,    3086 Avenue W,    Brooklyn, NY 11229-5508
cr             +Home Point Financial Corporation,    Robertson, Anschutz, Schneid & Crane LLC,
                 10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
cr             +Home Point Financial Corporation,    D. Anthony Sottile,
                 Authorized Agent for Home Point Financia,    394 Wards Corner Road,    Ste. 180,
                 Loveland, OH 45140-8362
518196200      +Comenitycb/myplacerwds,    Po Box 182120,    Columbus, OH 43218-2120
518239462      +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                 394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
518196202     #+Knuckles, Komosinksi & Elliott, LLP,    50 Tice Blvd,    Woodcliff Lake, NJ 07677-7681
518289128      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518284551       UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                 MADISON, WI 53708-8973
518196205      +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
518196206      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 23 2020 00:27:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 23 2020 00:27:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Jul 23 2020 03:38:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City,, OK 73118-7901
cr             +EDI: RMSC.COM Jul 23 2020 03:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518206502      +EDI: AISACG.COM Jul 23 2020 03:38:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518212832      +EDI: AIS.COM Jul 23 2020 03:38:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518331665      +EDI: CITICORP.COM Jul 23 2020 03:38:00      Citibank, N.A.,    701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518196199      +EDI: WFNNB.COM Jul 23 2020 03:38:00      Comenitybank/victoria,    Po Box 182789,
                 Columbus, OH 43218-2789
518293452       EDI: ECMC.COM Jul 23 2020 03:38:00      ECMC,    PO BOX 16408,   ST. PAUL, MN 55116-0408
518310852       E-mail/Text: bankruptcy@homepointfinancial.com Jul 23 2020 00:26:30
                 Home Point Financial Corporation,    11511 Luna Road, Suite 300,    Farmers Branch, TX 75234
518196201      +E-mail/Text: bankruptcy@homepointfinancial.com Jul 23 2020 00:26:30      Home Point Financial C,
                 4849 Greenville Avenue,    Dallas, TX 75206-4191
518223402       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 00:34:46      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518212151       EDI: Q3G.COM Jul 23 2020 03:38:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
518314145       EDI: Q3G.COM Jul 23 2020 03:38:00      Quantum3 Group LLC as agent for,    Bluestem and SCUSA,
                 PO Box 788,    Kirkland, WA 98083-0788
518314163       EDI: Q3G.COM Jul 23 2020 03:38:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
518224666      +EDI: AIS.COM Jul 23 2020 03:38:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518196204       EDI: TFSR.COM Jul 23 2020 03:38:00      Toyota Motor Credit,    4 Gatehall Dr,
                 Parsippany, NJ 07054
518196203      +EDI: CITICORP.COM Jul 23 2020 03:38:00      Thd/cbna,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
518196207      +EDI: BLUESTEM Jul 23 2020 03:38:00      Webbank/fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Jul 22, 2020
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Home Point Financial Corporation
               NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Harold N. Kaplan    on behalf of Creditor    Home Point Financial Corporation hkaplan@rasnj.com,
               informationathnk@aol.com
              Karina Pia Lucid    on behalf of Debtor Kamaria   Jessop klucid@karinalucidlaw.com,
               R43327@notify.bestcase.com;admin@karinalucidlaw.com
              Lauren  Moyer    on behalf of Creditor    Home Point Financial Corporation lmoyer@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```